UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>            Plaintiff,<br><br>   vs.<br><br>FRESNO UNIFIED SCHOOL DISTRICT<br>BOARD OF EDUCATION et al.,<br><br>            Defendants.<br>_____ / | 1:09-CV-1779 AWI-GSA<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>(DOC. 3) |

Plaintiff, James M. Lanier ("Plaintiff") is proceeding pro se and filed a complaint on October 8, 2009. Plaintiff also filed an application seeking leave to proceed in forma pauperis on October 8, 2009. However, a review of the application shows that Plaintiff has not provided complete information. For example, in question two (2) (b) Plaintiff indicates that his take home salary was $641.00 on June 20, 2009, however, it is not clear how often he received the $ 641.00. Additionally, in question three (3) (a) Plaintiff indicates that he receives $4,500.00 from the California Sports Officials Association, however, it is unclear how often he receives that payment, or if another payment is expected. Plaintiff shall complete a new informa pauperis application that contains the information requested above.

    1.    The Clerk's Office shall send plaintiff another civil in forma pauperis application;

    2.    Within **thirty (30) days** from the date of service of this order, plaintiff shall either file the completed regular civil in forma pauperis application addressing the deficiencies above or pay the $350.00 filing fee in full.

Failure to obey this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:     **October 14, 2009**                       **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE