1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10   JAMES M. LANIER,                      )   1:09-cv-01779 AWI GSA
                                           )
11                  Plaintiff,             )
                                           )   ORDER GRANTING APPLICATION TO
12         v.                              )   PROCEED IN FORMA PAUPERIS
                                           )
13   FRESNO UNIFIED SCHOOL                 )   (Document 5)
     DISTRICT BOARD OF EDUCATION,          )
14   FRESNO UNIFIED SCHOOL DISTRICT,       )
     MICHAEL HANSEN, RUTH QUINTO,          )
15   MIGUEL ARIAS, PAUL ROSENCRANS,        )
     DOUG SEMMEN, MERVYN CARTER,           )
16   KEN PAPI, DARA JOHNSON, REGINA        )
     CERVANTES, ROGER OLIVER and           )
17   RUFUS TAYLOR,                         )
                    Defendants.            )
18   _____)

19

20         By application filed October 23, 2009, Plaintiff has requested leave to proceed in forma

21   pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted a declaration that makes the

22   showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS

23   GRANTED.  28 U.S.C. § 1915 (a).

24

25

26         IT IS SO ORDERED.

27   **Dated:    October 26, 2009**              _____
                                                 **/s/ Gary S. Austin**
28                                               UNITED STATES MAGISTRATE JUDGE