IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMAES LANIER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FRESNO UNIFIED SCHOOL )<br>DISTRICT, et al., )<br>)<br>Defendants. )<br>_____ ) | NO. 1:09-CV-01779 AWI SKO<br><br>ORDER VACATING FEBRUARY 28, 2010 HEARING CONCERNING LACK OF PROSECUTION<br><br>ORDER REQUIRING PROOF OF SERVICE WITHIN TWENTY DAYS |

    Plaintiff is proceeding on a complaint in this action against the Fresno Unified School District and numerous Fresno Unified School District employees. Plaintiff did not timely serve the complaint on any Defendant, and the court vacated all scheduling dates. On January 26, 2011, the Clerk of the Court placed this action on the undersigned's February 28, 2011 calendar for dismissal for lack of prosecution. Any opposition to dismissal was ordered to be filed on or before February 14, 2011.

    On February 11, 2011, Plaintiff filed an opposition. In the opposition, Plaintiff contends that a related case has been pending in state court and will soon go to trial. Plaintiff states he still desires to proceed in this action because he believes his federal constitutional rights have been violated. Plaintiff states that he will continue to pursue this case and will serve summonses upon Defendants. Plaintiff also asks that the court continue this case until the state case is over.

1     The court declines to issue any order allowing for an open ended stay of this action based
2 on the documents currently before the court.  This action has been pending for over one year and
3 Plaintiff has not shown good cause for further delay.  However, in the interests of justice, the
4 court will grant Plaintiff twenty additional days in which Plaintiff can provide evidence to the
5 court that Defendants have been served.  Unless Defendants are served within twenty days, this
6 action will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  The
7 February 28, 2011 hearing date is VACATED.

8 IT IS SO ORDERED.

9 Dated:    February 23, 2011

10                                     CHIEF UNITED STATES DISTRICT JUDGE

2