IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER,<br><br>    Plaintiff,<br><br>    v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT; FRESNO UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; et al,<br><br>    Defendants. | CIV F 09-1779 AWI SKO<br><br>ORDER VACATING HEARING DATE OF AUGUST 29, 2011, AND TAKING MATTER UNDER SUBMISSION |

    In this civil rights action for damages, defendants Fresno Unified School District, et al. ("Defendants") have noticed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was scheduled for oral argument to be held August 29, 2011. The Court has reviewed Defendants' motion, the opposition, Defendants' reply, the accompanying documents, and the applicable law, and has determined that Defendants' motion to dismiss is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 29, 2011, is VACATED, and no party shall appear at that time. As of August 29, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 22, 2011

CHIEF UNITED STATES DISTRICT JUDGE