# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. LANIER, | ) 1: 09-cv-01779-AWI-BAM |
| Plaintiff, | ) ORDER CONTINUING HEARING ON<br>) DEFENDANT'S MOTION TO AMEND |
| v. | ) ANSWER; MODIFYING BRIEFING<br>) SCHEDULE |
| FRESNO UNIFIED SCHOOL DISTRICT, | ) |
| Defendant. | ) |

Plaintiff is proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On March 13, 2013, Defendant filed a motion to amend its answer, setting the motion to be heard on April 12, 2013. (Doc. 83.) On April 2, 2013, Plaintiff filed a motion for a ten-day extension of time to file his opposition. (Doc. 88.) Plaintiff states his wife recently has undergone full knee replacement surgery, and Plaintiff is solely responsible for her in-home aftercare. *Id.*

Having reviewed Plaintiff's motion, and for good cause shown, the Court ORDERS the following:

1. The hearing on Defendant's motion to amend its answer, currently set for April 12, 2013, is CONTINUED to **May 3, 2013**, at 9:30 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe;

2. Plaintiff shall file his opposition on or before **April 19, 2013;**

1

3. Defendant shall file its reply on or before **April 26, 2013.**

IT IS SO ORDERED.

**Dated:**   **April 5, 2013**                                 **/s/ Barbara A. McAuliffe**
                                                                                    UNITED STATES MAGISTRATE JUDGE