1 ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
2 A. Christopher Duran          State Bar No. 194102
Peter E. Denno                State Bar No. 231139
3 5260 North Palm Avenue, Suite 300
Fresno, CA 93704-2215
4 Telephone: (559) 225-6700
Facsimile: (559) 225-3416
5
6 Attorneys for Defendant FRESNO UNIFIED
SCHOOL DISTRICT
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA

10 JAMES M. LANIER,                     CASE NO.: 1:09-CV-01779-AWI-BAM

11              Plaintiff,              **STIPULATION FOR MODIFICATION
                                        OF SCHEDULING ORDER AND
12 vs.                                  ORDER**

13 FRESNO UNIFIED SCHOOL DISTRICT,

14              Defendant.

15

16

17        COMES NOW Defendant, FRESNO UNIFIED SCHOOL DISTRICT ("Defendant"), by

18 and through its counsel of record, A. Christopher Duran of the law firm of Atkinson, Andelson,

19 Loya, Ruud & Romo, and Plaintiff, JAMES M. LANIER ("Plaintiff"), individually, hereby

20 stipulate as follows:

21        1.     Good cause exists for a 60-day modification of the Court's March 14, 2013

22 Scheduling Order, with regard to the Dispositive Pre-Trial Motion Cut-Off Date; Pre-Trial

23 Conference Date; and the Trial Date.

24        2.     On June 17, 2013, the Court continued hearings for Plaintiff's Motion for Leave to

25 Amend First Amended Complaint and Defendant's Motion to Compel Further Response to Set

26 Two Special Interrogatories to July 26, 2013.

27 / / /

28 / / /

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5260 NORTH PALM AVENUE, SUITE 300
FRESNO, CA 93704-2215
TELEPHONE: (559) 225-6700
FACSIMILE: (559) 225-3416

3.       Currently, the Dispositive Pre-Trial Motion Cut-Off Date is scheduled for July 16, 2013, which is ten (10) days prior to the Court's hearing on Plaintiff's Motion for Leave to Amend First Amended Complaint.

4.       Defendant plans to file a Motion for Summary Judgment, but if forced to file it prior to the Court's July 26, 2013 decision regarding Plaintiff's Motion for Leave to Amend First Amended Complaint, then the Motion for Summary Judgment may be rendered moot, as there could be other facts and/or causes of action that will have to be addressed.   Furthermore, Defendant believes it would be prejudiced by filing a Motion for Summary Judgment prior to the Court's July 26, 2013 decision, because Plaintiff would be pre-warned of Defendant's arguments for Summary Judgment prior drafting his First Amended Complaint, should the Court grant his Motion for Leave to Amend, which could give him an unfair advantage.   Moreover, a second Motion for Summary Judgment would result in added expense to the parties and an unnecessary waste of time for the Court.

5.       Defendant's counsel and its witnesses will not be available after November 19, 2013 until January 13, 2014, due to the holidays, calendar conflicts, scheduled vacation, and the District's Winter Break.

6.       On June 27, 2013, Defendant's counsel spoke with Plaintiff over the telephone, at (559) 260-7222, and informed him of the above issues.  Plaintiff is currently in Arizona until July 3, 2013, but he informed Defendant's counsel that he is agreeable to a 60-day continuance of the above dates.  Plaintiff is unable to sign the stipulation based upon his absence from Fresno at this time.

7.       Therefore, the parties agree that a 60-day continuance of the Court's Scheduling Order with regard to the above associated dates, as they are necessary to prevent unnecessary

/ / /

/ / /

/ / /

/ / /

/ / /

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5260 NORTH PALM AVENUE, SUITE 300
FRESNO, CA 93704-2215
TELEPHONE: (559) 225-6700
FACSIMILE: (559) 225-3416

1    waste of time and expense for the parties and prejudice to Defendant and to promote judicial

2    economy.

3

4    DATED: June 27, 2013

5                                                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

6

7                                                    By:   /s/ _____
                                                           A. Christopher Duran
8                                                          Attorneys for FRESNO UNIFIED SCHOOL
                                                           DISTRICT
9    DATED: _____

10

11                                                   By:   per phone conversation on 6/27/13 _____
                                                     Plaintiff, JAMES M. LANIER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5260 NORTH PALM AVENUE, SUITE 300
FRESNO, CA 93704-2215
TELEPHONE: (559) 225-6700
FACSIMILE: (559) 225-3416

<u>**ORDER**</u>

In consideration of the foregoing stipulation and good cause appearing, IT IS HEREBY ORDERED:

1.      All dispositive pre-trial motions shall be filed no later than **September 16, 2013**;

2.      The Pre-Trial Conference Date (currently scheduled for September 30, 2013) is continued to **December 4, 2013, at 8:30 AM**, in Courtroom 2, before District Judge Anthony W. Ishii;

3.      The Trial Date (currently scheduled for November 19, 2013) is continued **March 25, 2014, at 8:30 AM,** in Courtroom 2, before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   **July 11, 2013**                      /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
5260 NORTH PALM AVENUE, SUITE 300
FRESNO, CA 93704-2215
TELEPHONE: (559) 225-6700
FACSIMILE: (559) 225-3416

005801.00013
11359062.1

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AND ORDER