# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES M. LANIER**, <br><br> Plaintiff, <br><br> vs. <br><br> **FRESNO UNIFIED SCHOOL DISTRICT**, <br><br> Defendant. | 1:09 – CV – 1779 AWI SKO <br><br> **ORDER TAKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SUBMISSION AND RELATED ORDERS** <br><br> **(Resolves Doc. # 147)** |

On October 25, 2013, plaintiff James M. Lanier ("Plaintiff") filed a request the correction of a previous order of this court, Document Number 146, which had granted Plaintiff's request for a 20-day extension of time to file an opposition to defendant Fresno Unified School District's ("Defendant's") motion for summary judgment. In its order, the court had erroneously ordered Plaintiff to file and serve an opposition not later than November 1, 2013, rather than November 18, the date that correctly reflects the length of the extension granted. The date of this writing is December 20, 2013; approximately one month past the extension of time requested by Plaintiff. Due to the press of other commitments, the court is only now taking up consideration of Defendant's motion for summary judgment. In the interim, the court has not received any opposition to Defendant's motion from Plaintiff.

While the court has not communicated to Plaintiff regarding the requested correction of its prior order, the court expects that Plaintiff has been diligent in producing an opposition during the time that has elapsed should he wish to file one. The court notes that Plaintiff has had all of the time that was originally requested plus approximately an additional month. Beginning Monday, December 23, the court will begin considering Defendant's motion for summary judgment. The court anticipates that a decision will not be finalized until January 7, 2014, at the earliest. Recognizing the limitations and difficulties previously expressed by Plaintiff, the court will give consideration to any opposition submitted to the court prior to 4:00 p.m. Friday, January 4, 2014. The court will request a reply from Defendant if the court determines that an opposition filed by Plaintiff raises a substantial issue that might affect the outcome of the court's decision. No further extensions of time for the purpose of filing an opposition to Defendant's motion for summary judgment will be granted.

It is hereby ORDERED that Plaintiff's request for correction, Docket Number 147, is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:   December 20, 2013                        _____
                                                                    SENIOR  DISTRICT  JUDGE